BRIAN IRION, ESQ. (SBN #119865)
LAW OFFICES OF BRIAN IRION
611 Veterans Blvd., Suite 209
Redwood City, California 94063
Tel: 650.363.2600
Fax: 650.363.2606
birion@thedesq.com

Attorneys for Defendants Zeetex, Inc., a Delaware Corporation
And Jiajie Zhu, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TEETEX, LLC, a California limited liability company,<br>Plaintiff,<br><br>vs.<br><br>ZEETEX, LLC, a Texas limited liability company, SHANGHAI TIANAN TEXTILE CO., LTD, a China corporation, and JIAJIE ZHU, an individual, and DOES 1-10, inclusive,<br>Defendants | Case No. 4:20-cv-07092 -JSW<br>(Lead) Related case no. 3:19-cv-02534 TSH<br>Related Case no: 3:25-10946 TSH<br><br>Defendants Jiajie Zhu and Zeetex, LLC's Response to Order Directing Parties to Indicate Whether They Consent to Magistrate Judge Hixson (ECF 114) |

Defendants Jiajie Zhu ("Zhu") and Zeetex, LLC ("Zeetex") (collectively "Defendants") hereby respond to the Court's Order Directing Parties to indicate whether they consent to Magistrate Judge Hixson ("ECF 114"):

Dong Chen and Jing Li replaced former counsel Stephen Soloway and Yi Yao with Mr. Lazo in both related cases approximately nine months ago via substitutions of attorney filed in the related cases 3:19-02534 and 3:25-10946.

Upon receiving ECF 114, Defendants' Counsel Brian Irion transmitted ECF 114 to new counsel for Dong Chen, Jing Li and Teetex in the related cases (Ignacio Lazo, Esq.) on November 19, 2026 asking whether he also intended to represent Teetex in this case. Mr. Lazo replied that he would speak with Mr. Chen and then respond. On November 25, 2026, Mr. Irion again called Mr. Lazo and indicated

that a response to ECF 114 was due by November 27. Mr. Lazo replied that he had fallen ill and had not had an opportunity to confer with Dong Chen. Mr. Irion replied that he would relay this information to the Court.

Mr. Irion also emailed Felix Woo, Attorney for Specially Appearing SHANGHAI TIANAN TEXTILE CO., LTD, who replied that with this case now closed, he believed his special engagement has ceased.

Defendants Zeetex, LLC and Jiajie Zhu consent to the transfer of this case to Magistrate Judge Hixson for all purposes. Mr. Irion believes Mr. Lazo will confer with Dong Chen but has not done so yet.

Dated: November 26, 2026

Law Offices of Brian Irion

By:/s/ Brian Irion
Attorneys for defendants Jiajie Zhu and Zeetex, LLC

**CERTIFICATE OF SERVICE**

Teetex, LLC. v. Zhu, et al.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. 4:20-cv-07092 -JSW

I, Brian Irion, state:

I am over the age of 18 years, employed in the county of San Mateo and am not a party to the above-entitled cause. My business address is 611 Veterans Blvd., Suite 209, Redwood City, CA 94063. On the below executed date I caused to be served the following document:

**DEFENDANTS' INITIAL DISCLOSURES**

[ ] **BY MAIL:** By placing a true and correct thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Postal Office.

[XX] **BY ELECTRONIC MAIL:** by scanning and e-mailing a true and correct copy thereof to the party at the email address set forth below.

[ ] **BY-EXPRESS MAIL:** By placing a true and correct copy thereof enclosed in a sealed envelope fully prepaid at a facility regularly maintained by the United States Post Office, addressed as set forth below.

[ ] **BY FEDERAL EXPRESS:** By placing a true and correct copy thereof enclosed in a sealed Federal Express envelope fully prepaid at a facility regularly maintained by Federal Express, addressed as set forth below.

[ ] **BY FACSIMILE**: By causing a true and correct copy thereof to be telecopied to the party at the facsimile number set forth below.

Ignacio J. Lazo (SBN 105945)
Estavillo Law Group
555 12th St., Ste. 1280
Oakland, CA 94607
Tel: (510) 982-3001
Fax: (510) 982-3002
ignacio@estavillolaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Newport Beach, California on November 26, 2026.

_/s/ Brian Irion_____
Brian Irion